# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BENJAMIN SHELTON,** | ) | |
| | ) | **Case No.** 3:26cv00213 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| LINCOLN FINANCIAL GROUP, | ) | |
| | ) | |
| **Defendant.** | ) | |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND SDIL LR 7.1-1

Pursuant to Federal Rule of Civil Procedure 7.1 and SDIL LR 7.1-1, Lincoln Financial Group (d/b/a The Lincoln National Life Insurance Company)[1] makes the following disclosure:

1. Is the party or intervenor making this disclosure a "non-governmental corporate party" or a "nongovernmental corporation that seeks to intervene" as defined under SDIL-LR 7.1-1?

   ☒Yes ☐ No

   a. If the answer to Number 1 is "yes," list below any parent corporation, publicly held corporation, affiliated corporation, limited liability company, partnership, firm, joint venture, trust, or other entity, or any individual that owns 10% or more of the disclosing party's or intervenor's stock or 10% or more ownership interest in the disclosing party or intervenor or state that there is no such entity or individual:

      Lincoln National Corporation

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group" as that is the marketing name for Lincoln National Corporation and its affiliates. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant disability policy. However, Lincoln Life Assurance Company of Boston has now merged with, and is now known as, The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct name of the Defendant in this action.

2. Is the jurisdiction of this action based on diversity under 28 U.S.C. § 1332(a)[2]?

☐ Yes ☒ No

a. If the answer to Number 2 is "yes," name and identify below the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor making this disclosure. Note that if the disclosing party or intervenor is a limited liability company or partnership, the citizenship of each partner or member must be named and identified through all layers until you reach individuals and/or corporations (and identify the citizenship of those individuals and/or corporations):

Click or tap here to enter text.

The undersigned disclosing party or intervenor understands that under Federal Rule of Civil Procedure 7.1 and SDIL-LR 7.1-1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

DATED: February 25, 2026

/s/ Iwana Rademaekers
Signature

Iwana Rademaekers
Name

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Rd Ste 800, Dallas TX 75252
Address

(214) 579-9319
Phone Number

iwana@rademaekerslaw.com
Email Address

[2] The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—

(1) citizens of different States;

(2) citizens of a State and citizens or subjects of a foreign state, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;

(3) citizens of different States and in which citizens or subjects of a foreign state are additional parties; and

(4) a foreign state, defined in section 1603(a) of this title, as plaintiff and citizens of a State or of different States.