# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| BENJAMIN SHELTON | ) | |
| *Plaintiff(s)* | ) | Case Number: 3:26-cv-213 |
| v. | ) | |
| LINCOLN FINANCIAL GROUP | ) | |
| *Defendant(s)* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff, BENJAMIN SHELTON, in the above-captioned matter.

DATED: February 25, 2026


*/s/ Christopher A. Koester*
Christopher A. Koester

Taylor Law Offices, P.C.
122 E. Washington Avenue
Effingham, IL 62401
Address

Ph: 217-342-3925
Fax: 217-342-2341

koester@taylorlaw.net
Email