# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| BENJAMIN SHELTON<br><br>*Plaintiff(s)*<br>v.<br>LINCOLN FINANCIAL GROUP<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>) | Case Number: 3:26-cv-213 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND LEAVE OF COURT TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiff, BENJAMIN SHELTON, by Christopher A. Koester of Taylor Law Offices, P.C., his attorney, and for his Response to Defendant's Motion to Dismiss and Leave of Court to File Amended Complaint, states:

1. After reviewing Defendant's Motion to Dismiss and authority cited therein, Plaintiff concedes that the insurance policy in question and causes of action arising therefrom are governed by the Employee Retirement Income Security Act of 1974 (ERISA).

2. Defendant states in its Motion to Dismiss that it has no objection to the Plaintiff's amendment of his Complaint to plead a cause of action under ERISA.

3. Plaintiff hereby respectfully requests this Court to dismiss Plaintiff's Complaint, without prejudice, and grant leave to Plaintiff to file an amended pleading pursuant to Federal Rule of Civil Procedure 15(a)(2) and/or 15(d).

WHEREFORE, the Plaintiff, Benjamin Shelton, prays this Court grant Defendant's Motion to Dismiss, without prejudice, and allow Plaintiff 21 days to file an amended pleading herein.

DATED: April 2, 2026

Benjamin, Shelton, Plaintiff

By: /s/ *Christopher A. Koester*
Christopher A. Koester
Taylor Law Offices, P.C.
122 E. Washington Avenue
Effingham, IL 62401
Ph: 217-342-3925
koester@taylorlaw.net

**CERTIFICATE OF SERVICE**

The undersigned, hereby certifies that on the 2nd day of April, 2026, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system to be served by operation of the Court's electronic filing system on all counsel of record.

*/s/ Christopher A. Koester*