# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BENJAMIN SHELTON,**<br><br>**Plaintiff,**<br><br>**V**<br><br>**LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.** 3:26-cv-00213 |

## STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED that Steve Stone has been selected, contacted and has agreed to serve as Mediator for this action. The Mediator's contact information is as follows:

**Address**
**300 W. Main St., Marion, IL 62959**
**Phone Number**
**618-993-2616**
**Email**
sstone@hdslawfirm.com

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mediation Session and additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mediation Session and all Mediation Proceedings set forth in the Court's Scheduling Order.

DATED:  August 4, 2026

*Iwana Rademaekers*

Attorney(s) for Plaintiff(s)

*Christopher A. Koester*

Attorney(s) for Defendant(s)